UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, *pro se*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 09-00498 (RMU) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF FILING

    The DIA defendants hereby file a joint stipulation of settlement and order of dismissal.

    Defense counsel wishes to assure the Court that on Friday, when she filed her motion for extension of time in which to submit DIA's filing under seal, there were no settlement discussions going on between these parties; indeed, the issue had not even been raised since last fall. However, today there was a breakthrough and the parties worked all day to bring this settlement to fruition.

    Respectfully submitted,

/s/
RONALD C. MACHEN JR, D.C. BAR # 415793
Acting United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ _____

MARINA UTGOFF BRASWELL, D.C. BAR #416587

Assistant United States Attorney

U.S. Attorney's Office

555 4th Street, N.W. - Civil Division

Washington, D.C. 20530

(202) 514-7226

(202) 514-8780 fax